UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENETH CASAS-AMADOR,<br><br>                Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | Case No. C25-580-TMC<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) This action is DISMISSED without prejudice for failure to satisfy the filing fee requirement.

(3) The Clerk is directed to send copies of this Order to Petitioner and to Judge Vaughan.

DATED this 27th day of June, 2025.

TIFFANY M. CARTWRIGHT
United States District Judge

ORDER DISMISSING ACTION - 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENETH CASAS-AMADOR,<br><br>                    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | Case No. C25-580-TMC-SKV<br><br>REPORT AND RECOMMENDATION |

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner Beneth Casas-Amador filed his § 2241 petition on March 26, 2025, while he was confined at the Federal Detention Center in SeaTac, Washington ("FDC SeaTac"). *See* Dkt. 1. The claims asserted in the petition appear to relate to Petitioner's extended confinement in the Special Housing Unit ("SHU") at FDC SeaTac following a disturbance at the facility that resulted in Petitioner receiving a serious incident report for "Assault w/o serious injury." *Id*. at 1. Petitioner failed to submit with his petition either the requisite $5.00 filing fee or an application to proceed with this action *in forma pauperis*. Thus, on April 2, 2025, the Clerk sent Petitioner a letter advising him that his submission was deficient and that he would have to correct the deficiency not later than

REPORT AND RECOMMENDATION
PAGE - 1

May 2, 2025, or face dismissal of this action.  *See* Dkt. 3.  To date, Petitioner has not responded in any fashion to the Clerk's deficiency letter.[1]

As Petitioner has had ample time to either pay the filing fee for this action or submit an application to proceed *in forma pauperis*, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to satisfy the filing fee requirement.  A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed.  Responses to objections may be filed by **the day before the noting date**.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 27, 2025**.

DATED this 6th day of June, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

---

[1] Though Petitioner mailed his petition from FDC SeaTac on or about March 24, 2025 (*see* Dkt. 1 at 2), by the time his petition was processed for filing by the Clerk's Office on April 2, 2025, Petitioner had been moved to the Federal Transfer Center in Oklahoma City, and the deficiency letter was sent to Petitioner at that facility (*see* Dkt. 3).  It appears Petitioner was subsequently transferred to the Federal Correctional Institution in Oakdale, Louisiana.  *See* https://www.bop.gov/inmateloc/ (last accessed June 5, 2025).  However, the deficiency letter was never returned to the Court suggesting that Petitioner did, in fact, receive it while in Oklahoma City.

REPORT AND RECOMMENDATION
PAGE - 2